UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAY JIAN-QING WANG,

                              Plaintiff,

          v.

MARY ANN SWAIN, ERIC J. COTTS, ROBERT J.
POMPI, M. STANLEY WHITTINGHAM, JEAN-PIERRE
MILEUR, AND PAUL C. PARKER.

                              Defendants.

**ELECTRONICALLY FILED**

**STIPULATION AND
ORDER OF DISMISSAL**

Civil Action No. 09 -CV- 0306
(TJM/DEP)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

Defendant Paul C. Parker ("Defendant Parker"), by their respective counsel, that whereas no

party hereto is an infant or incompetent person for whom a guardian or committee has been

appointed and no person not a party has an interest in the subject matter of the action, Defendant

Parker is hereby dismissed as a party to the above-entitled action without prejudice and without

costs to either party as against the other.

Dated:  December 3, 2009

TIMOTHY KOLMAN & ASSOCIATES

By:    /s/ Timothy M. Kolman
       Timothy M. Kolman, Esq.
       Admitted *Pro Hac Vice*
Attorneys for Plaintiff
414 Hulmeville Avenue
Penndel, Pennsylvania 19047
Telephone:  (215) 750-3134
Facsimile:  (215) 750-3138


Dated:  ___12/4___, 2009

Dated:  December 3, 2009

BOND, SCHOENECK & KING, PLLC

By:    /s/ Sanjeeve K. DeSoyza
       Sanjeeve K. DeSoyza, Esq.
       Bar Roll No.  514083
Attorneys for Defendant *Paul C. Parker*
111 Washington Avenue
Albany, New York 12210
Telephone:  (518) 533-3000
Facsimile:  (518) 533-3299


SO ORDERED,

_____
Hon. David E. Peebles
United States Magistrate Judge

240355.1 12/3/2009